**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   09-cv-02761-LTB-KMT

COLORADO DEPARTMENT OF REVENUE,

       Plaintiff,

v.

BAILEY AUTO BODY, INC., d/b/a CONIFER AUTO BODY AND PAINT;
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE;
DOUG CROSS;
KLEIN SHIPP, INC.,;
WELLS FARGO BANK N.A.;
TRINITY CAPITAL CORP.; and
AMERICAN FINANCE SOLUTIONS,

       Defendants.

_____

**ORDER AUTHORIZING RELEASE OF FUNDS AND DISMISSING ACTION**
_____

      Having considered the parties' Stipulation and Request for Order Authorizing

Release of Funds and Dismissing Action (Doc 25), and for good cause showing

      IT IS HEREBY ORDERED that the funds now on deposit with the District court,

Jefferson County, Colorado ("Jefferson County District Court"), Case No. 09-2-01573-4 in

the sum of $10,684.99 plus interest shall be released and paid by check payable to the

"United States Treasury" with this action's case number 09-cv-02761-LTB-KMT appearing

on the face of the check and mailed to the United States Department of Justice, Tax

Division, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044.

IT IS FURTHER ORDERED that each party shall be liable for its own costs of litigation and attorneys' fees.

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   February 4, 2010